**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1792

JOHN CREW,

Plaintiff - Appellant,

versus

UNITED STATES POSTAL SERVICE; JOHN E. POTTER,
Postmaster General,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CA-05-156-1)

Submitted:  October 18, 2005          Decided:  October 20, 2005

Before WIDENER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Crew, Appellant Pro Se. R. Joseph Sher, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Crew appeals the district court's order denying his civil claim alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Crew v. United States Postal Serv., No. CA-05-156-1 (E.D. Va. filed June 17, 2005 & entered June 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED